```
                    UNITED STATES DISTRICT COURT
                              FILED
                         April 17, 2000
                   EASTERN DISTRICT OF LOUISIANA
                         Loretta G. Whyte
                              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-0247

## CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, MAY 24, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

**99-2348**   CRAIG GLOVER V TIDEWATER, INC., ET AL
As to Tidewater, Inc.

**99-2677**   DONNA LAIRD V M. M. JIMENEZ, ETC., ET AL
As to M. M. Jimenez, I.Q. Data Systems, L.L.C. and Colvin Hayes (Original Complaint)
As to Equifax Credit Information Services, Inc. (Third Party Complaint)

**99-2957**   GAYLEN E. SMITH V CITY OF GRETNA POLICE DEPARTMENT, ET AL
As to Edward J. Tourelle

**99-3023**   CARGILL FERROUS INTERNATIONAL, ETC. V M/V MAJOR HUBAL, ETC., ET AL

**99-3364**   BARRY D. VINSON, ET AL V AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, ET AL

```
__Fee_____
__Process_____
__Dktd____KAC__
__CtRmDep_____
  Doc.No._____
```

| | |
|---|---|
| 99-3461 | MARK EUGENE BLEAKLEY, ETC. V ANTHONY T. CANTILLO, ET AL<br>As to Antony T. Cantillo, Eric J. Poche, Jr. and Joseph Genovese, Jr. |
| 99-3635 | FRED E. WHITE, JR. V PHILIP TESEO |
| 99-3928 | COLORADO RIVER COMMUNICATIONS, INC. V MCI WORLDCOM COMMUNICATIONS, INC. |
| 00-0155 | HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL<br>As to the New Orleans Police Department |
| 00-0247 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL |
| 00-0342 | ELLIS MCCLELLAN V HOEGH LINES |

KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**