```
UNITED STATES DISTRICT COURT
            FILED
       July 13, 2000
EASTERN DISTRICT OF LOUISIANA
        Loretta G. Whyte
            Clerk
```

00-247

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, AUGUST 16, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

**99-2616**   DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL
As to Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur, Louisiana Tire Centers, Inc., Joe Conte Toyota, Inc., Hotel Dieu Hospital and Reliance Insurance Company on the original complaint.
As to Louisiana Tire Centers, Inc., Joe Conte Toyota, Inc., Frederick J. Sigur, Jr., Kenneth M. Sigur, Reliance Insurance Company of Illinois and Frederick J. Sigur on the third party complaint by The Goodyear Tire and Rubber Company.

**00-0020**   CARGILL FERROUS INTERNATIONAL, ETC. V M/V DURMITOR, ETC., ET AL

**00-0172**   VASHON HOLLOWAY V CHARLES C. FOTI, JR., ET AL
As to Alonzo Butler

```
__Fee_____
__Process_____
__Dktd    KAC__
__CtRmDep_____
  Doc.No. 4
```

| | |
|---|---|
| 00-0247 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL |
| 00-0609 | TERRY CULBERTSON V CHEMSTAR CORPORATION |
| 00-0961 | THE CONTINENTAL INSURANCE COMPANY V M/V SEABOARD PERU, ETC., ET AL<br>As to Bruno Bischoff Shipping Ltd. |
| 00-1010 | HOCHSCHILD PARTNERS, L.L.C. V M/V TARPON CLIPPER, ET AL<br>As to Rickmers-Linie |
| 00-1034 | DOUBLE EAGLE MARINE, INC. V GIMROCK CONSTRUCTION, INC. |
| 00-1067 | SUN LIFE ASSURANCE COMPANY OF CANADA V SHEILA RICHARDSON<br>As to Shirley Ann Richardson |

KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**