```
UNITED STATES DISTRICT COURT
            FILED
       September 13, 2000
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

## CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on **WEDNESDAY, SEPTEMBER 27, 2000, at 9:30 a.m.** before **JUDGE HELEN G. BERRIGAN**. Failure to show good cause will result in dismissal for failure to prosecute.

**99-2616**  DANTAM QUY MUI, ET AL V THE GOODYEAR TIRE & RUBBER COMPANY, ET AL
Plaintiff's Complaint: As to Frederick J. Sigur, Louisiana Tire Centers, Inc. and Joe Conte Toyota, Inc.
Hotel Dieu Hospital's 3rd Party Complaint: Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur, Jr., Kenneth Sigur, Louisiana Tire Centers, Inc. and Joe Conte Toyota, Inc.
The Goodyear Tire & Rubber Company's 3rd Party Complaint: Joe Conte Toyota, Inc.

**99-2873**  GARY M. CHURCH V THE POOL COMPANY, ET AL
As to C & G Boats, Inc.

**00-0247**  CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL
As to Oldendorff E and Golden Stevedores

```
_Fee_____
_Process_____
_Dktd____KAC_____
_CtRmDep_____
 Doc.No._____
```

| | |
|---|---|
| 00-0609 | TERRY CULBERTSON V CHEMSTAR CORPORATION |
| 00-0587 | RANDOLPH SIMMONS V ASSUMPTION PHARMACY, ET AL<br>As to Assumption Parish Detention Center, Assumption Parish Police Jury and Assumption Parish Sheriff's Office |
| 00-0764 | CARGILL FERROUS INTERNATIONAL ETC. V M/V SEA PHOENIX, ETC., ET AL<br>As to China Ocean Shipping (Group) Co. and Serene Sky Shipping, Inc. |
| 00-1010 | HOCHSCHILD PARTNERS, L.L.C. V M/V TARPON CLIPPER, ET AL |
| 00-1383 | ORECK HOLDINGS LLC, ETC. V ORBITAL TECHNOLOGY, INC., ET AL |
| 00-1428 | ORECK HOLDINGS LLC, ETC. V SEBO STEIN & CO GMBH, ETC., ET AL |
| 00-1554 | CHARLES CHAPMAN, ETC. V UNITED STATES OF AMERICA, ETC. |
| 00-1630 | MICHAEL CRAIG CLARK V CHEVRON PRODUCTS CO. 394, ET AL |

*[signature]*
KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**