

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A<br>DEPARTMENT OF CARGILL<br>INCORPORATED | : CIVIL ACTION NO. 00-247<br>:<br>: JUDGE: BERRIGAN<br>: |
| Plaintiff | : SECTION: C<br>: |
| VERSUS | : MAGISTRATE JUDGE: 2<br>: |
| M/V EMMA OLDENDORFF, her engines, tackle,<br>apparel, etc., *in rem*, OLDENDORFF E.,<br>COASTAL CARGO CO., and<br>GOLDEN STEVEDORES,<br>*in personam* | :<br>:<br>:<br>:<br>:<br>: |
| | :<br>: |
| Defendants | : |
| | : |

## MOTION FOR LEAVE OF COURT TO
## FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Cargill Ferrous International, and

moves for leave of court to file an Amended Complaint on grounds that a defendant was improperly

identified in the original Complaint. All is more fully set forth in the attached Memorandum in

Support.

All counsel have been informed of this motion and have no objections.

DATE OF ENTRY

SEP 2 0 2000



Respectfully submitted this _15th_ day of August, 2000.

EMMETT, COBB, WAITS & KESSENICH & O'NEIL

BY: _____

     WILLIAM E. O'NEIL (#10213)
     WILLIAM K. TERRILL (#25897)
     1515 Poydras Street, Suite 1950
     New Orleans, Louisiana 70112
     Telephone: (504) 581-1301
     Facsimile: (504) 581-6020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by

placing same in the United States Mail, postage prepaid, this _15th_ day of August, 2000.

_____
WILLIAM K. TERRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A<br>DEPARTMENT OF CARGILL<br>INCORPORATED | : CIVIL ACTION NO. 00-247<br>:<br>: JUDGE: BERRIGAN<br>: |
| Plaintiff | : SECTION: C<br>: |
| VERSUS | : MAGISTRATE JUDGE: 2<br>: |
| M/V EMMA OLDENDORFF, her engines, tackle,<br>apparel, etc., *in rem*, OLDENDORFF E.,<br>COASTAL CARGO CO., and<br>GOLDEN STEVEDORES,<br>*in personam* | :<br>:<br>:<br>:<br>:<br>: |
| Defendants | :<br>: |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

MAY IT PLEASE THE COURT:

In plaintiff's original Complaint, defendant Egon Oldendorff (Hong Kong) Ltd. was incorrectly identified as Oldendorff E. Plaintiffs wish to clarify this mistake by filing an Amended Complaint.

Respectfully submitted this _15th_ day of August, 2000.


                          EMMETT, COBB, WAITS & KESSENICH & O'NEIL

                          BY:_____
                              WILLIAM E. O'NEIL(#10213)
                              WILLIAM K. TERRILL (#25897)
                              1515 Poydras Street, Suite 1950
                              New Orleans, Louisiana 70112
                              Telephone: (504) 581-1301
                              Facsimile: (504) 581-6020

                     **CERTIFICATE OF SERVICE**


     I hereby certify that a copy of the foregoing has been served upon all counsel of record by

placing same in the United States Mail, postage prepaid, this _15th_ day of August, 2000.


                          _____
                              WILLIAM K.. TERRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARGILL FERROUS INTERNATIONAL, A** | : CIVIL ACTION NO. 00-247 |
| **DEPARTMENT OF CARGILL** | : |
| **INCORPORATED** | : JUDGE: BERRIGAN |
| | : |
| **Plaintiff** | : SECTION: C |
| | : |
| **VERSUS** | : MAGISTRATE JUDGE: 2 |
| | : |
| **M/V EMMA OLDENDORFF, her engines, tackle,** | : |
| **apparel, etc., *in rem*, OLDENDORFF E.,** | : |
| **COASTAL CARGO CO., and** | : |
| **GOLDEN STEVEDORES,** | : |
| ***in personam*** | : |
| | : |
| **Defendants** | : |

ORDER

Considering the Motion for Leave to File Amended Complaint on behalf of Cargill Ferrous

International,

IT IS HEREBY ORDERED, that Cargill Ferrous International be and is hereby granted leave

of court to file an Amended Complaint.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE