```
                                    UNITED STATES DISTRICT COURT
                                              FILED
                                        September 27, 2000
                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                                Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA    00-0247

## CALL DOCKET

The following cases were called this date to show cause why they should not be dismissed for failure to prosecute. After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

**99-2616**   DANTAM QUY MUI, ET AL V THE GOODYEAR TIRE & RUBBER COMPANY, ET AL
Plaintiff's Complaint: As to Louisiana Tire Centers, Inc. and Joe Conte Toyota, Inc.
CASE CALLED: MOTIONS FOR ENTRY OF DEFAULT FILED AS TO LOUISIANA TIRE CENTERS, INC. AND JOE CONTE TOYOTA, INC.

Hotel Dieu Hospital's 3rd Party Complaint: Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur, Jr., Kenneth Sigur, Louisiana Tire Centers, Inc. and Joe Conte Toyota, Inc.
CASE CALLED: PASSED FOR 30 DAYS AS TO ROBERT F. MORROW, SHIRLEY THOMPSON MORROW, FREDERICK J. SIGUR, JR. AND KENNETH SIGUR (Counsel for the afore-mentioned third-party defendants advised the Court that responsive pleadings would be filed within 2 weeks.) MOTIONS FOR ENTRY OF DEFAULT FILED AS TO LOUISIANA TIRE CENTERS, INC. AND JOE CONTE TOYOTA, INC.

The Goodyear Tire & Rubber Company's 3rd Party Complaint: Joe Conte Toyota, Inc.
CASE NOT CALLED: DEFAULT ENTERED AGAINST JOE CONTE TOYOTA, INC.

**99-2873**   GARY M. CHURCH V THE POOL COMPANY, ET AL
As to C & G Boats, Inc.
CASE NOT CALLED: CASE CLOSED

DATE OF ENTRY
SEP 2 8 2000

\_\_Fee\_\_
\_\_Process\_\_
\_\_Dktd   KAC
\_\_CtRmDep
Doc.No. 15

| | |
|---|---|
| 00-0247 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL<br>As to Oldendorff E and Golden Stevedores<br>CASE NOT CALLED: ANSWER FILED AS TO EGON OLDENDORFF (HONG KONG) LIMITED AND GOLDEN OF LOUISIANA, INC. |
| 00-0609 | TERRY CULBERTSON V CHEMSTAR CORPORATION<br>CASE NOT CALLED: PASSED FOR 30 DAYS. PLAINTIFF'S COUNSEL ADVISED THAT THE COURT WILL NOT PASS THIS MATTER AGAIN |
| 00-0587 | RANDOLPH SIMMONS V ASSUMPTION PHARMACY, ET AL<br>As to Assumption Parish Detention Center, Assumption Parish Police Jury and Assumption Parish Sheriff's Office<br>CASE CALLED: ORDER TO DISMISS ASSUMPTION PARISH DETENTION CENTER, ASSUMPTION PARISH POLICE JURY AND ASSUMPTION PARISH SHERIFF'S OFFICE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE |
| 00-0764 | CARGILL FERROUS INTERNATIONAL ETC. V M/V SEA PHOENIX, ETC., ET AL<br>As to China Ocean Shipping (Group) Co. and Serene Sky Shipping, Inc.<br>CASE NOT CALLED: MOTION FOR EXTENSION OF TIME TO ANSWER FILED BY CHINA OCEAN SHIPPING (GROUP) CO. AND SERENE SKY SHIPPING, INC. |
| 00-1010 | HOCHSCHILD PARTNERS, L.L.C. V M/V TARPON CLIPPER, ET AL<br>CASE CALLED: PASSED FOR 30 DAYS |
| 00-1383 | ORECK HOLDINGS LLC, ETC. V ORBITAL TECHNOLOGY, INC., ET AL<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |
| 00-1428 | ORECK HOLDINGS LLC, ETC. V SEBO STEIN & CO GMBH, ETC.,ET AL<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |

00-1554   CHARLES CHAPMAN, ETC. V UNITED STATES OF AMERICA, ETC.
         CASE NOT CALLED:  MOTION TO DISMISS FILED BY DEFENDANT

00-1630   MICHAEL CRAIG CLARK V CHEVRON PRODUCTS CO. 394, ET AL
         CASE CALLED: ORDERED DISMISSED WITHOUT PREJUDICE FOR
         PLAINTIFF'S FAILURE TO PROSECUTE

New Orleans, Louisiana, this ___27th___ day of September 2000.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE