```
UNITED STATES DISTRICT COURT
            FILED
        October 10, 2000
EASTERN DISTRICT OF LOUISIANA
        Loretta G. Whyte
             Clerk
```

**PARTIES ARE ORDERED TO COMPLY WITH LOCAL RULE 5.6E - CORPORATE DISCLOSURE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARGILL FERROUS INTERNATIONAL, ETC.          CIVIL ACTION

VERSUS                                        NO. 00-0247

M/V EMMA OLDENDORFF, ETC., ET AL              SECTION "C"

<u>PRELIMINARY CONFERENCE NOTICE</u>

A PRELIMINARY CONFERENCE regarding this action will be held <u>BY TELEPHONE</u> on <u>TUESDAY, OCTOBER 24, 2000</u>, at <u>10:00 a.m.</u>, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

<u>TRIAL COUNSEL</u> are to participate in this conference. If, however, you are unable for good cause to do so, another representative of your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

KIMBERLY A. COUNTY
Courtroom Deputy, Section "C"
(504) 589-7682

NOTICE: COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
___Fee_____
___Process____
 X_Dktd____KAC
___CtRmDep____
Doc.No.____16_
```