

MINUTE ENTRY
BERRIGAN, J.
OCTOBER 13, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, ETC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-247 |
| M/V EMMA OLDENDORFF, ETC., ET AL | SECTION: "C" 2 |

Upon request of counsel for the plaintiff,

**IT IS ORDERED** that the preliminary conference set for October 24, 2000, be and is hereby CONTINUED to be held on **Thursday, November 2, 2000, at 10:15 a.m.** The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 17 2000

Fee_____
Process___
X Dktd___
  CtRmDep_
Doc.No. 17