```
                                                     FILED
                                              U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                              2000 DEC 18  AM 11: 35

                                                  LORETTA G. WHYTE
                                                       CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * CIVIL ACTION <br> * <br> * NO. 00-0247 <br> * |
| VERSUS | * SECTION "C" <br> * |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., *in rem*, OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, *in personam* | * MAGISTRATE (2) <br> * |

### UNOPPOSED MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes Egon Oldendorff E. (Hong Kong) Limited (hereinafter "Egon"), who respectfully requests leave from this Court to file the attached Third Party Complaint tendering Metall Und Rohstoff Shipping RSA (Pty) Ltd. as the proper party defendant for the damages complained of by plaintiff, Cargill Ferrous International. Pursuant to Local Rule 7.6, undersigned counsel has conferred with counsel for the other parties to this action and none voiced an objection to the filing of the instant Motion and the Third Party Complaint.

```
DATE OF ENTRY
DEC 19 2000
```

490166_1

Respectfully submitted,

_____
Daniel A. Tadros, T.A. #21906
Alexandra M. Lamothe, #25749
**CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Egon Oldendorff**

Certificate of Service

I hereby certify that I have on this 18th day of December, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

490166_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * CIVIL ACTION<br>*<br>* NO. 00-0247<br>* |
| VERSUS | * SECTION "C"<br>* |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., *in rem*, OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, *in personam* | * MAGISTRATE (2)<br>* |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Third Party Complaint,

It is hereby ORDERED, ADJUDGED AND DECREED that defendant's, Egon Oldendorff (Hong Kong) Limited's (hereinafter "Egon") Motion for Leave to File Third Party Complaint be and the same is GRANTED.

New Orleans, Louisiana, this ___ day of December 2000.

_____
UNITED STATES DISTRICT JUDGE

490166_1