```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 JAN -2 AM 1:20

              LORETTA G. WHYTE
                    CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | CIVIL ACTION |
| | NO.    00-247 |
| versus | SECTION   "C" (2) |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., in rem OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, in personam | Judge    HELEN G. BERRIGAN |
| | Magistrate    Joseph C. Wilkinson, Jr. |

## ANSWER TO CROSS CLAIM

COASTAL CARGO COMPANY, INC. improperly identified as Coastal Cargo Co. appearing through counsel for answer to the Cross Claim of Egon Oldendorff (Hong Kong) Limited, respectfully represents:

1.

COASTAL CARGO COMPANY, INC. admits it discharged the M/V EMMA OLDENDORFF between January 27-31, 1999 in the vicinity of Mile 105 on the Mississippi River.

Otherwise the allegations of paragraph one of the Cross Claim amount to conclusions of law as to which it is not required to respond.

2.

No response is required of COASTAL CARGO COMPANY, INC. to paragraph two of the Cross Claim.

3.

The allegations of paragraph three of the Cross Claim amount to conclusions of law as to which COASTAL CARGO COMPANY, INC. is not required to respond; however, to the extent necessary same are denied.

4.

The allegations of paragraph four of the Cross Claim amount to conclusions of law as to which COASTAL CARGO COMPANY, INC. is not required to respond; however, to the extent necessary same are denied.

No response is required of COASTAL CARGO COMPANY, INC. to the prayer of the Cross Claim, however, to the extent directed to it, same is denied.

## AFFIRMATIVE DEFENSES

COASTAL CARGO COMPANY, INC. adopts by reference and reasserts the affirmative defenses of its answer to the Complaint.

WHEREFORE COASTAL prays for judgment in its favor and against Egon Oldendorff (Hong Kong) Limited dismissing the cross claim with prejudice at cross-claimant's cost and for such other relief as justice may require.

Respectfully submitted,

*C L Hooker* (signature)

---

Charles Hooker #8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 587-1100
Facsimile:   (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

### CERTIFICATE OF SERVICE

I certify this Answer to Cross Claim has been served on all counsel of record by facsimile transmission on December 30, 2000.

*C L Hooker* (signature)

---

Charles Hooker