FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 2: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A * | CIVIL ACTION | |
| D E P A R T M E N T   O F   C A R G I L L * | | |
| INCORPORATED * | NO. | 00-247 |
| * | | |
| versus * | SECTION | " C "  ( 2 ) |
| * | | |
| M/V EMMA OLDENDORFF, her engines, * | Judge | HELEN G. BERRIGAN |
| tackle, apparel, etc., in rem OLDENDORFF E., * | | |
| COASTAL CARGO CO., and GOLDEN * | Magistrate | Joseph C. Wilkinson, Jr. |
| STEVEDORES, in personam * | | |
| * * * * * * * * * * * * * * * * * * | | |

## ANSWER TO CROSS CLAIM

COASTAL CARGO COMPANY, INC., improperly identified as Coastal Cargo Company,

appearing through counsel for answer to the cross claim of Golden of Louisiana, Inc., respectfully

represents:

1.

COASTAL CARGO COMPANY, INC. has insufficient information to admit or deny the

allegations of paragraph one of the Cross Claim.

Fee
Process
X Dktd
CtRmDep
Doc.No.

2.

COASTAL CARGO COMPANY, INC. admits its status and domicile. Otherwise, the allegations of paragraph two of the Cross Claim amount to conclusions of law as to which COASTAL is not required to respond; however, to the extend necessary, same are denied.

3.

No response is required of COASTAL CARGO COMPANY, INC. to the allegations of paragraph three of the Cross Claim.

4.

No response is required of COASTAL CARGO COMPANY, INC. to the allegations of paragraph four of the Cross Claim.

5.

No response is required of COASTAL CARGO COMPANY, INC. to the allegations of paragraph five of the Cross Claim.

6.

To the extent paragraph six of the Cross Claim alleges fault on the part of COASTAL CARGO COMPANY, INC., same is denied. Otherwise, said paragraph amounts to conclusions of law as to which COASTAL is not required to respond; however, to the extent necessary, same are denied.

7.

To the extent paragraph seven of the Cross Claim alleges fault on the part of COASTAL CARGO COMPANY, INC., same is denied. Otherwise, said paragraph amounts to conclusions of

law as to which COASTAL is not required to respond; however, to the extent necessary, same are

denied.

8.

No response is required of COASTAL CARGO COMPANY, INC. to the allegations of

paragraph eight of the Cross Claim.

No response is required of COASTAL CARGO COMPANY, INC. to paragraph one the

Cross Claim prayer.

No response is required of COASTAL CARGO COMPANY, INC. to paragraph two the

Cross Claim prayer.

Paragraph three of the Cross Claim prayer amounts to conclusions of law as to which

COASTAL CARGO COMPANY, INC. is not required to respond; however, to the extent necessary,

same are denied.

Paragraph four of the Cross Claim prayer amounts to conclusions of law as to which

COASTAL CARGO COMPANY, INC. is not required to respond; however, to the extent necessary,

same are denied.

No response is required of COASTAL CARGO COMPANY, INC. to paragraph five the

Cross Claim prayer.

AFFIRMATIVE DEFENSES

To the extent necessary, COASTAL CARGO COMPANY, INC. adopts and reasserts all

affirmative defenses of its answer to the Complaint.

WHEREFORE, COASTAL CARGO COMPANY, INC. prays for judgment in its favor and

against Golden of Louisiana, Inc. dismissing the Cross Claim with prejudice at pleaders' cost

Page 3 of 4 Pages

including COASTAL's reasonable cost and attorney fees in defense of the Cross Claim and for such

other relief as justice may require.

Respectfully submitted,

Charles Hooker #8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:    (504) 587-1100
Facsimile:    (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

## CERTIFICATE OF SERVICE

I certify this Answer to Cross Claim has been served on all counsel of record by facsimile

transmission on January 3, 2001.

Charles Hooker