```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 JAN 31  AM 10: 22

                LORETTA G. WHYTE
                     CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARGILL FERROUS** | * | **CIVIL ACTION** |
| **INTERNATIONAL, A DEPARTMENT** | | |
| **OF CARGILL INCORPORATED** | * | **NO. 00-0247** |
| | | |
| **VERSUS** | * | **SECTION "C"** |
| | | |
| **M/V EMMA OLDENDORFF, HER** | * | **MAGISTRATE (2)** |
| **ENGINES, TACKLE, APPAREL, ETC.,** | | |
| ***IN REM*, OLDENDORFF B. COASTAL** | * | **JUDGE BERRIGAN** |
| **CARGO CO., AND GOLDEN** | | |
| **STEVEDORES,** *IN PERSONAM* | * | **MAG. WILKINSON** |

### MOTION AND ORDER FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes Metall und Rohstoff Shipping RSA (PTY) Limited ("MUR"), recently made third-party defendant herein, and moves this Honorable Court for an expedited hearing of the attached motion for summary judgment, and specifically that the motion be set on the Court's 14 February 2001 motion docket, for the following reasons:

1. The trial of this case is set for 26 April 2001;

2. MUR was just added to this case as a third-party, receiving first notice of the claim against it (but not service of process) on 9 January 2001;

```
DATE OF ENTRY
  FEB -2 2001
```

```
___ Fee____
___ Process____
 X  Dktd____
___ CtRmDep____
    Doc. No.____
```

3. MUR believes, as set forth in the attached motion, that the claims against it must be dismissed and/or stayed;

4. MUR seeks to have the attached motion resolved before it has to engage in any discovery and/or seek a continuance of the trial;

5. This motion is being filed on the 14th day before the requested hearing date of 14 February 2001, rather than the 15th day required under the Local Rules;

6. Undersigned counsel will fax the motion papers to other counsel in this case this morning; and

7. The other parties will not be prejudiced by being served with this motion on the morning of the 14th day before the requested hearing, rather than the night of the 15th day as required by the Local Rules.

In sum, because setting this motion for hearing on 14 February 2001 will not prejudice any of the other parties to this case, and because resolving the motion on 14 February 2001 should relieve MUR of having to seek a continuance of the trial date, MUR respectfully moves that its motion for summary judgment be set for hearing on the Court's 14 February 2001 motion docket.

Considering the foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that Metall und Rohstoff Shipping RSA (PTY) Limited's Motion for Expedited Hearing is granted, and MUR's motion for summary judgment is set for hearing on the Court's regular motion docket on 14 February 2001. Responses shall be due no later than Friday, February 9, 2001 at 9:30 a.m.

New Orleans, Louisiana this 2nd day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MURPHY ROGERS & SLOSS

_____
Peter B. Sloss #17142
Suite 400, One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for third-party defendant, Metall und Rohstoff Shipping RSA (PTY) Limited

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 31st day of January 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____