```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2001 FEB -2  PM 2:35

         LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL | CIVIL ACTION |
| VERSUS | NO. 00-247 |
| M/V EMMA OLDENDORFF ET AL. | SECTION "C" (2) |

IT IS ORDERED that a **Settlement Conference** is set in this case on **March 15, 2001 at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **March 14, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this _2d_ day of February, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. GINGER BERRIGAN

DATE OF ENTRY
FEB - 2 2001

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc.No. 28