FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5 PM 4:22

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * * * | CIVIL ACTION<br><br>NO. 00-0247 |
| VERSUS | * | SECTION "C" |
| M/V EMMA OLDENDORFF, HER ENGINES, TACKLE, APPAREL, ETC., *IN REM*, OLDENDORFF B. COASTAL CARGO CO., AND GOLDEN STEVEDORES, *IN PERSONAM* | * * * * | MAGISTRATE (2)<br><br>JUDGE BERRIGAN<br><br>MAG. WILKINSON |

### EX PARTE MOTION AND ORDER TO SUBSTITUTE ORIGINAL SWORN STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Metall und Rohstoff Shipping RSA (PTY) Limited ("MUR"), made third-party defendant herein, and with a full reservation of all rights, defenses and exceptions, moves this Honorable Court to substitute the original sworn statement of Melpomeni Petersen (attached hereto) in place of the faxed copy of that sworn statement, which was attached to MUR's Motion for Summary Judgment to Dismiss Rule 14c Tender and to Stay or Dismiss Third-Party Complaint filed on 31 January 2001.

DATE OF ENTRY
FEB - 7 2001

___Fee___
___Process___
_X_ Dktd
_✓_ CtRmDep
___Doc.No.___ 29

Considering the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the original sworn statement of Melpomeni Petersen is substituted in place of the fax copy of that statement as an attachment to Metall und Rohstoff Shipping RSA (PTY) Limited's Motion for Summary Judgment to Dismiss Rule 14c Tender and to Stay or Dismiss Third-Party Complaint.

New Orleans, Louisiana this 6 day of February 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MURPHY ROGERS & SLOSS

_____
Peter B. Sloss #17142
Suite 400, One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for third-party defendant, Metall und
Rohstoff Shipping RSA (PTY) Limited

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this _____ day of _____ 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**