FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5 PM 4: 26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | CIVIL ACTION |
| | NO.  00-247 |
| versus | SECTION  "C" (2) |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., in rem OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, in personam | Judge  HELEN G. BERRIGAN |
| | Magistrate  Joseph C. Wilkinson, Jr. |

### *EX PARTÉ* MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SUBMIT EXPERT REPORTS

Coastal Cargo Company, Inc. appearing through counsel, moves for an extension of time within which to submit expert reports for reasons in the accompanying memorandum.

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600

DATE OF ENTRY
FEB 7 2001

1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:    (504) 587-1100
Facsimile:    (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A * DEPARTMENT OF CARGILL * INCORPORATED * <br> * <br> versus * <br> * <br> M/V EMMA OLDENDORFF, her engines, * tackle, apparel, etc., in rem OLDENDORFF E., * COASTAL CARGO CO., and GOLDEN * STEVEDORES, in personam * <br> * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br><br> NO.      00-247 <br><br> SECTION    " C " ( 2 ) <br><br> Judge      HELEN G. BERRIGAN <br><br> Magistrate   Joseph C. Wilkinson, Jr. |

### MEMORANDUM IN SUPPORT
### OF *EX PARTÉ* MOTION FOR EXTENSION OF TIME
### WITHIN WHICH TO SUBMIT EXPERT REPORTS

May it please the Court:

This is a suit for damage to cargo transported to the United States by water; it is a marine cargo claim. The commodity was cold rolled steel coils. Coastal Cargo Company, Inc. was the stevedore who discharged the ocean vessel in New Orleans and loaded the allegedly damaged cargo in a barge for inland transport. According to its calculations the reports of its experts are to be served no later than Friday, 9 February 2001.

Coastal has just received reports of cargo's surveyors as a result of which can not serve its own expert reports by the current cut off date.

Under the circumstances Coastal suggests cause exists for a twenty-one day extension within which to submit reports of its experts and so moves the Court.

Respectfully submitted,

*C L Hooker*

Charles Hooker # 8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 587-1100
Facsimile:   (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * * * * | CIVIL ACTION<br><br>NO.         00-247 |
| versus | * * | SECTION     " C " ( 2 ) |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., in rem OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, in personam | * * * * | Judge         HELEN G. BERRIGAN<br><br>Magistrate    Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * | * | |

## LOCAL RULE 7.3E CERTIFICATE

I certify all counsel have been contacted and no objection has been expressed to this motion or the granting of the requested extension.

_____
Charles Hooker

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A * | CIVIL ACTION | |
| DEPARTMENT OF CARGILL * | | |
| INCORPORATED * | NO. | 00-247 |
| * | | |
| versus * | SECTION | "C" (2) |
| * | | |
| M/V EMMA OLDENDORFF, her engines, * | Judge | HELEN G. BERRIGAN |
| tackle, apparel, etc., in rem OLDENDORFF E., * | | |
| COASTAL CARGO CO., and GOLDEN * | Magistrate | Joseph C. Wilkinson, Jr. |
| STEVEDORES, in personam * | | |
| * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Coastal Cargo Company, Inc.'s motion for extension considered:

IT IS ORDERED that mover have an additional twenty-one (21) days within which to submit its expert reports. No other deadlines are affected by this Order.

New Orleans, Louisiana, 2/6, 2001.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify this *Ex Parté* Motion for Extension of Time Within Which to Submit Expert Reports, Supporting Memorandum, Local Rule 7.3E Certificate and (proposed) Order have been served on all counsel of record by facsimile transmission on February 2, 2001.

_____
Charles Hooker