```
                FILED
         U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

         2001 FEB -8  AM 11: 32

            LORETTA G. WHYTE
                 CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
FEBRUARY 8, 2001

    **IT IS ORDERED** that the following motions set for hearing on February 14, 2001, will be considered on the briefs.

| | |
|---|---|
| 00-0247 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL<br>Motion by Metall und Rohstoff Shipping RSA (PTY) Limited to dismiss rule 14(c) tender and to stay or dismiss third-party complaint pending arbitration (27) |
| 00-2273 | BRYAN C. CHELETTE V I.U.O.E. HEALTH & WELFARE FUND<br>Motion by International Union of Operating Engineers Health & Welfare Fund for summary judgment (7) |
| 00-2949 | SHEILA BELLIZAN, ET AL V EASY MONEY OF LOUISIANA, INC., ET AL<br>Rule 12(b)(6) motion by Easy Money of Louisiana, Inc. to dismiss 933) |

```
 DATE OF ENTRY
  FEB - 9 2001
```

```
__Fee_____
__Process___
 x_Dktd____
 v_CtRmDep_
  Doc.No.__31
```

00-3320    IN RE: EQUINOX OIL COMPANY, INC.
           Motion by Equinox Oil Company, Inc. to dismiss Philip Services/Louisiana,
           Inc.'s additional issues on appeal (35)


00-3547    RUTH CAWTHORN V WARREN TAYLOR PRICE, ETC., ET AL
           Motion by Ruth Cawthorn for partial judgment on the pleadings under rule
           12(c)   (9)

_____
UNITED STATES DISTRICT JUDGE