```
              FILED
        U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA
           FEB 1 2 2001
      2001 FEB 12  AM 11:38
         LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED** | * * | **CIVIL ACTION** <br> **NO. 00-0247** |
| **VERSUS** | * | **SECTION "C"** |
| **M/V EMMA OLDENDORFF, HER ENGINES, TACKLE, APPAREL, ETC.,** | * | **MAGISTRATE (2)** |
| ***IN REM*, OLDENDORFF B. COASTAL CARGO CO., AND GOLDEN** | * | **JUDGE BERRIGAN** |
| **STEVEDORES, *IN PERSONAM*** | * | **MAG. WILKINSON** |

### MOTION AND ORDER FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Metall und Rohstoff Shipping RSA (PTY) Ltd. ("MUR"), making only a limited appearance with a full reservation of all rights, exceptions and defenses, and moves this Honorable Court for leave to file the attached Reply Memorandum in Support of Motion for Summary Judgment to enable MUR to address the arguments raised in opposition to its motion by Egon Oldendorff (Hong Kong) Limited.

```
DATE OF ENTRY
  FEB 1 4 2001
```

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
   Doc.No. 33
```

Considering the foregoing Motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that Metall und Rohstoff Shipping RS (PTY) Ltd.'s Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment is granted.

New Orleans, Louisiana this 12 day of February 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MURPHY ROGERS & SLOSS

_____
Peter B. Sloss #17142
Suite 400, One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for third-party defendant, Metall und Rohstoff Shipping RSA (PTY) Limited

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 12th day of February 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____