FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 13 PM 12: 07

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * CIVIL ACTION <br> * <br> * NO. 00-0247 <br> * |
| VERSUS | * SECTION "C" <br> * |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., *in rem*, OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, *in personam* | * MAGISTRATE (2) <br> * |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Third party plaintiff, Egon Oldendorff (Hong Kong) Ltd. ("Oldendorff"), moves this Honorable Court for leave to file the attached Supplemental Memorandum in Opposition to Metall Und Rohstoff Shipping RSA (Pty) Ltd.'s ("Metall") Motion for Summary Judgment to address certain arguments raised by Metall in their Reply Memorandum. Accordingly, Oldendorff requests that the instant Motion for Leave be granted.

DATE OF ENTRY
FEB 1 4 2001

496783_1 DOC

Fee
Process
X Dktd
CtRmDep
Doc.No.

Respectfully submitted,

_____
Daniel A. Tadros, T.A. #21906
Alexandra M. Lamothe, #25749
**CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for Egon Oldendorff (Hong Kong) Ltd.**

### Certificate of Service

I hereby certify that I have on this 13th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * CIVIL ACTION <br> * <br> * NO. 00-0247 <br> * |
| VERSUS | * SECTION "C" <br> * |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., *in rem*, OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, *in personam* | * MAGISTRATE (2) <br> * |

## **O R D E R**

Considering the foregoing Motion,

IT IS ORDERED, ADJUDGED AND DECREED, that Egon Oldendorff (Hong Kong) Ltd.'s Motion for Leave to File Supplemental Memorandum in Opposition to Motion for Judgment is hereby GRANTED.

New Orleans, Louisiana, this ___ day of February, 2001.

_____
UNITED STATES DISTRICT COURT

496783_1