FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -9 PM 4: 27

LORETTA G. WHYTE
CLERK

54565/rac/bcb                                                      0327-5865

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL A DEPARTMENT OF CARGILL INC. | CIVIL ACTION |
| VERSUS | NO: 00-0247 |
| M/V EMMA OLDENDORFF, ET AL | SECTION "C" (2) |

### WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Golden of Louisiana, Inc. (hereinafter "Golden"), who submits the following Witness and Exhibit List.

### WITNESS LIST

1. Michael E. Taylor;

2. David R. Taylor;

3. Edgar H. Gonzalez;

4. John Carlson;

5. Shay Kerne;

6. Bill Tighe;

____Fee____
____Process____
__X__Dktd____
____CtRmDep____
Doc. No.____

7.    Rocky G. Carney and/or representatives of Captain I.S. Derrick;

8.    Michael B. Krayma and/or representatives of Klancey & Associates, Inc.;

9.    Representatives of Golden of Louisiana, Inc.;

10.    Representatives of Coastal Cargo, Inc.;

11.    Representatives of Metal UND Rohstoff Shipping;

12.    Representatives of Egon Oldendorf (Hong Kong) Ltd.;

13.    Representatives of Cargill Ferrous International;

14.    Leroy Jervis;

15.    Edward Rodriguez;

16.    David Wilson;

17.    Crystal Martin;

18.    Webster Nelson;

19.    Richie Feulknit;

20.    Edward Montz;

21.    Clayton Borras;

22.    Ronald Reed;

23.    Howard Belgrod and/or representatives of Mid-Ship Logistics, New York;

- 2 -

24.    Any witness identified in discovery;

25.    Golden reserves the right to obtain a marine surveyor;

26.    Any witness listed, used or called by any other party.

## EXHIBIT LIST

1.    All documents produced in discovery;

2.    Survey report of Captain I.S. Derrick;

3.    Survey report of Klancer & Associates, Inc.;

4.    Time charter;

5.    Faxes and correspondence between Golden and Cargill;

6.    Photographs of the load/stow and storage of cargo;

7.    Statements of Michael E. Taylor;

8.    Statement of David R. Taylor;

9.    Golden of Louisiana, Inc.'s work list;

10.    Bills of lading;

11.    Notice of claims;

12.    Barge loading instructions;

13.    All survey reports;

14.   All claim statements and damage supports;

15.   Load/stow diagrams;

16.   Any exhibit listed by any other party;

17.   Golden of Louisiana, Inc. reserves the right to amend its Witness and Exhibit

List upon completion of discovery.

Respectfully submitted,

RICHARD A. COZAD, T.A. (#4537)
MICHAEL L. McALPINE, (#9195)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Golden of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of March, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by faxing mailing the same by United States mail, properly addressed, and first class postage prepaid.

- 4 -