```
                                        FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                  2001 MAR 14  PM 1:30

                                    LORETTA G. WHYTE
                                         CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * * * * | CIVIL ACTION |
| | * | NO.        00-247 |
| versus | * * | SECTION     "C" (2) |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., in rem OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, in personam | * * * * | Judge       HELEN G. BERRIGAN |
| | | Magistrate  Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * | * | |

## WITNESS LIST

In connection with trial scheduled 26 April 2001, COASTAL CARGO COMPANY, INC. may call the following witnesses:

1.   Wallace R. Binford, Coastal Cargo Company, Inc. as a fact/expert witness.

2.   Gregory H. Miller, Coastal Cargo Company, Inc. as a fact/expert witness.

3.   Arthur J. Coste, Jr., Coastal Cargo Company, Inc. as a fact witness.

4.   Rene Falgoust, Coastal Cargo Company, Inc. as a fact witness.

5.   Eugene Collins, Coastal Cargo Company, Inc. as a fact witness.

6.   Ernest Bailey, Coastal Cargo Company, Inc. as a fact witness.



```
___Fee_____
___Process___
 X _Dktd_____
___CtRmDep___
___Doc.No.___
```

7. Mike Abadie, Coastal Cargo Company, Inc. as a fact witness.

8. Walter Souby, Coastal Cargo Company, Inc. as a fact witness.

9. Gordon Smith, Coastal Cargo Company, Inc. as a fact witness.

10. Doug Westgate, Westocean Marine (USA), Inc., marine surveying expert.

11. Ron Campana, expert in marine/cargo surveying.

12. A representative of RMI Inspectorate/Russell Marine International.

13. Any witness listed or called by any other party.

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:  (504) 587-1100
Facsimile:  (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

### CERTIFICATE OF SERVICE

I certify this Witness List has been served on all counsel of record by facsimile transmission on February 25, 2001.

_____
Charles Hooker

```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2001 MAR 14  PM 1:30

                                            LORETTA G. WHYTE
                                                CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL INCORPORATED | * * * * | CIVIL ACTION |
| | * | NO.       00-247 |
| versus | * * | SECTION   "C" (2) |
| M/V EMMA OLDENDORFF, her engines, tackle, apparel, etc., in rem OLDENDORFF E., COASTAL CARGO CO., and GOLDEN STEVEDORES, in personam | * * * * | Judge      HELEN G. BERRIGAN |
| | | Magistrate  Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * | * | |

## EXHIBIT LIST

In connection with trial scheduled 26 April 2001, COASTAL CARGO COMPANY, INC. may offer the following exhibits:

1. Coastal's ship file for the M/V EMMA OLDENDORFF including tally sheets, port logs, *etc.*

2. Coastal's billing file for the M/V EMMA OLDENDORFF.

3. Westocean Marine (USA), Inc 12 January 1999 survey for the M/V EMMA OLDENDORFF.

4. Capt. I. S. Derrick's 28 June 1999 survey for M/V EMMA OLDENDORFF.

5. Klancer & Associates' 29 March 1999 and 23 October 2000 surveys for M/V EMMA OLDENDORFF.



6. Survey of RMI Inspectorate/Russell Marine International, Inc. for the M/V EMMA OLDENDORFF and/or barge KMM-203.

7. Manley & Manley survey for barge KMM-203 - February 1999 (number D29903).

8. Letters of Mid-Ship Logistics, Inc. to Coastal Cargo Company, Inc.

9. Facsimiles of Golden Stevedores.

10. Any and all pleadings and/or discovery including answers, responses and any supporting documentation.

11. Any exhibit, document and/or thing offered, introduced or utilized by or on behalf of any party.

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 587-1100
Facsimile: (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

## CERTIFICATE OF SERVICE

I certify this Exhibit List has been served on all counsel of record by facsimile transmission on February 25, 2001.

_____
Charles Hooker