

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL | CIVIL ACTION |
| VERSUS | NO. 00-247 |
| M/V EMMA OLDENDORFF ET AL. | SECTION "C" (2) |

At the request of counsel for defendant, Coastal Cargo Company, Inc., and having been advised that all parties agree to the change, **IT IS ORDERED** that the Settlement Conference previously set in this matter on March 15, 2001 is hereby **RESET** on **March 20, 2001 at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **March 19, 2001**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this _14th_ day of March, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. GINGER BERRIGAN

DATE OF ENTRY
MAR 1 5 2001