FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -5 AM 9: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARGILL FERROUS INTERNATIONAL** | * | CIVIL ACTION |
| **VERSUS** | * | No. 00-0247 |
| **EMMA OLDENDORFF MV, ET AL** | * | SECTION "C" (2) |

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

  **COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE**

  **BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE**

  **NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, April 2, 2001

            _____
            HELEN G. BERRIGAN
            UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 0 5 2001

```
___Fee_____
___Process___
X _Dktd__ ULO
___CtRmDep__
___Doc.No. 43
```